November 19, 2015



# JUDGMENT

# The Fourteenth Court of Appeals

ALAN  NELSON CROTTS, Appellant

NO. 14-14-00094-CV                          V.

JESSALYN  ELIZABETH COLE, Appellee

_____

This cause, an appeal from the order signed on January 27, 2014, was heard on the transcript of the record. We have inspected the record and find error in the order. We therefore order the order of the court below **REVERSED** and **REMAND** the cause for proceedings in accordance with the court's opinion.  We further order that all costs incurred by reason of this appeal be paid by appellee Jessalyn Elizabeth Cole. We further order this decision certified below for observance.